**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

OSTEOMED LLC,

        Plaintiff,

        v.

WRIGHT MEDICAL TECHNOLOGY, INC.,

        Defendant.

C.A. No. 20-1621-JLH

**JOINT STATUS REPORT, STIPULATION, AND ~~[PROPOSED]~~ ORDER
TO TRANSFER THE PRESENT ACTION**

WHEREAS, Plaintiff and OsteoMed LLC ("OsteoMed") and Defendant Wright Medical Technology, Inc. ("Wright Medical"), through their respective undersigned counsel, hereby stipulate to transfer the present action to the U.S. District Court for the Northern District of Illinois.

WHEREAS, by way of background, OsteoMed and Stryker Corporation ("Stryker") are presently involved in patent litigation in the Northern District of Illinois (Civil Action No. 1:20-cv-6821) over the same four OsteoMed patents at issue in the present litigation. Both the Delaware and Illinois litigations have been stayed pending *inter partes* review proceedings between all parties. The accused products in the Illinois action include Stryker's Anchorage CP plating system and the accused products in the Delaware action include Wright Medical's Ortholoc® 2 Crosscheck plating system.

WHEREAS, at the time the present action was filed, OsteoMed expected that separate proceedings would streamline or resolve overlapping issues. However, OsteoMed believes that the passage of time, developments in the related actions, and the evolution of the accused products have sharpened the overlap between the Delaware and Northern District of Illinois cases. Accordingly, OsteoMed believes the present case should be transferred to the Northern

District of Illinois.

WHEREAS, Wright Medical has always maintained (including when it filed an opposed motion to transfer, D.I. 9) that this action should be transferred to the Northern District of Illinois and consolidated with the pending action against Stryker.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the above-captioned action is TRANSFERRED to the United States District Court for the Northern District of Illinois.

Dated: June 22, 2026

| | |
|---|---|
| **K&L GATES LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| */s/ Matthew B. Goeller* | |
| Steven L. Caponi (No. 3484) | */s/ Samantha G. Wilson* |
| Matthew B. Goeller (No. 6283) | Anne Shea Gaza (No. 4093) |
| 600 N. King St., Suite 901 | Samantha G. Wilson (No. 5816) |
| Wilmington, DE 19801 | Rodney Square |
| Telephone: (302) 416-7000 | 1000 North King Street |
| steven.caponi@klgates.com | Wilmington, Delaware 19801 |
| matthew.goeller@klgates.com | (302) 571-6600 |
| | agaza@ycst.com |
| | swilson@ycst.com |
| OF COUNSEL: | OF COUNSEL: |
| **K&L GATES LLP** | **McANDREWS, HELD & MALLOY, LTD.** |
| Jason A. Engel | Robert A. Surrette |
| 70 W. Madison St., Suite 3300 | Scott P. McBride |
| Chicago, IL 60602 | 500 W. Madison Street, Suite 3400 |
| (312) 372-1121 | Chicago, IL 60661 |
| jason.engel@klgates.com | (312) 775-8000 |
| | bsurrette@mcandrews-ip.com |
| *Attorneys for Plaintiff OsteoMed LLC* | smcbride@mcandrews-ip.com |
| | **BUCHANAN INGERSOLL & ROONEY P.C.** |
| | Sharon A. Hwang |
| | 150 N. Riverside Plaza, Suite 2800 |

2

Chicago, IL 60606
(312) 261-8765
Sharon.Hwang@bipc.com

*Attorneys for Defendant*
*Wright Medical Technology, Inc.*

SO ORDERED this <u>6th</u> day of <u>   July   </u>, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge

3