STAYED,CLOSED,PATENT

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:20–cv–01621–JLH

| | |
|---|---|
| OsteoMed LLC v. Wright Medical Technology, Inc. | Date Filed: 11/27/2020 |
| Assigned to: Judge Jennifer L. Hall | Date Terminated: 07/06/2026 |
| Cause: 35:271 Patent Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **OsteoMed LLC** | represented by | **Steven L. Caponi** |

K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801
(302) 416–7080
Email: steven.caponi@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan L. Barry**
Email: alan.barry@klgates.com
*TERMINATED: 01/14/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda C. Maxfield**
Email: amanda.maxfield@klgates.com
*TERMINATED: 02/15/2024*
*PRO HAC VICE*

**Devon C. Beane**
Email: devon.beane@klgates.com
*TERMINATED: 10/01/2025*
*PRO HAC VICE*

**Jacob C. Vannette**
Email: jake.vannette@klgates.com
*TERMINATED: 02/03/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason A. Engel**
Email: jason.engel@klgates.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Allor**
Email: katherine.allor@klgates.com
*TERMINATED: 02/15/2024*
*PRO HAC VICE*

**Matthew B. Goeller**
K&L Gates LLP
600 N. King Street
Suite 901
Wilmington, DE 19801
302−416−7082
Email: matthew.goeller@klgates.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wright Medical Technology, Inc.**                    represented by    **Anne Shea Gaza**
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571−6727
Email: agaza@ycst.com
*ATTORNEY TO BE NOTICED*

**Ashley M. Ratycz**
Email: ARatycz@mcandrews−ip.com
*TERMINATED: 01/08/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Surrette**
Email: bsurrette@mcandrews−ip.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samantha G. Wilson**
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
302−571−5018
Email: swilson@ycst.com
*ATTORNEY TO BE NOTICED*

**Scott P. McBride**
Email: smcbride@mcandrews−ip.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharon A. Hwang**
Email: sharon.hwang@bipc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Wright Medical Technology, Inc.**                    represented by   **Anne Shea Gaza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ashley M. Ratycz**
(See above for address)
*TERMINATED: 01/08/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert A. Surrette**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott P. McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sharon A. Hwang**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**<u>Counter Defendant</u>**

**OsteoMed LLC**                    represented by   **Steven L. Caponi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan L. Barry**
(See above for address)
*TERMINATED: 01/14/2022*
*ATTORNEY TO BE NOTICED*

**Devon C. Beane**
(See above for address)
*TERMINATED: 10/01/2025*
*PRO HAC VICE*

**Jason A. Engel**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katherine L. Allor**
(See above for address)
*TERMINATED: 02/15/2024*
*PRO HAC VICE*

**Matthew B. Goeller**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2020 | Ï 1 | COMPLAINT for Patent Infringement filed with Jury Demand against Wright Medical Technology, Inc. – Magistrate Consent Notice to Pltf. (Filing fee $400, receipt number ADEDC–3360653.) – filed by OsteoMed LLC. (Attachments: # 1 Exhibits A–I, # 2 Civil Cover Sheet)(kmd) (Entered: 11/30/2020) |
| 11/27/2020 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (kmd) (Entered: 11/30/2020) |
| 11/27/2020 | Ï 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US 8,529,608 B2; US 9,351,776 B2; US 9,763,716 B2; US 10,245,085 B2. (kmd) (Entered: 11/30/2020) |
| 11/27/2020 | Ï 4 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Berkshire Hathaway Inc., Corporate Parent Colson Medical, LLC for OsteoMed LLC – filed by OsteoMed LLC. (kmd) (Entered: 11/30/2020) |
| 11/30/2020 | Ï 5 | Summonses Issued (please complete the top portion of the form and print out for use/service). (kmd) (Entered: 11/30/2020) |
| 12/02/2020 | Ï | Case Assigned to Judge Richard G. Andrews. Please include the initials of the Judge (RGA) after the case number on all documents filed. (rjb) (Entered: 12/02/2020) |
| 12/03/2020 | Ï 6 | MOTION for Pro Hac Vice Appearance of Attorney Alan L. Barry, Devon C. Beane, and Katherine Allor – filed by OsteoMed LLC. (Caponi, Steven) (Entered: 12/03/2020) |
| 12/03/2020 | Ï | SO ORDERED, re 6 MOTION for Pro Hac Vice Appearance of Attorney Alan L. Barry, Devon C. Beane, and Katherine Allor, filed by OsteoMed LLC. Signed by Judge Richard G. Andrews on 12/3/2020. (nms) (Entered: 12/03/2020) |
| 12/03/2020 | Ï 7 | WAIVER OF SERVICE returned executed by OsteoMed LLC: For Wright Medical Technology, Inc. waiver sent on 11/30/2020, answer due 1/29/2021. (Caponi, Steven) (Entered: 12/03/2020) |
| 12/03/2020 | Ï | Pro Hac Vice Attorneys Alan L. Barry, Devon C. Beane, Katherine L. Allor for OsteoMed LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (kmd) (Entered: 12/03/2020) |
| 01/25/2021 | Ï 8 | MOTION for Pro Hac Vice Appearance of Attorney Robert A. Surrette, Esquire, Sharon A. Hwang, Esquire, Scott P. McBride, Esquire, and Ashley Ratycz, Esquire – filed by Wright Medical Technology, Inc.. (Gaza, Anne) (Entered: 01/25/2021) |
| 01/25/2021 | Ï | SO ORDERED, re 8 MOTION for Pro Hac Vice Appearance of Attorney Robert A. Surrette, Esq., Sharon A. Hwang, Esq., Scott P. McBride, Esq., and Ashley Ratycz, Esq., filed by Wright Medical Technology, Inc.. Signed by Judge Richard G. Andrews on 1/25/2021. (nms) (Entered: 01/25/2021) |
| 01/25/2021 | Ï 9 | MOTION to Transfer Case to the Northern District of Illinois – filed by Wright Medical Technology, Inc.. (Attachments: # 1 Text of Proposed Order)(Gaza, Anne) (Entered: 01/25/2021) |
| 01/25/2021 | Ï 10 | OPENING BRIEF in Support re 9 MOTION to Transfer Case to the Northern District of Illinois filed by Wright Medical Technology, Inc..Answering Brief/Response due date per Local Rules is 2/8/2021. (Gaza, Anne) (Entered: 01/25/2021) |
| 01/25/2021 | Ï 11 | DECLARATION of Clay Bethell re 9 MOTION to Transfer Case to the Northern District of Illinois, by Wright Medical Technology, Inc.. (Gaza, Anne) Modified on 1/26/2021 (nms). |

| | | |
|---|---|---|
| | | (Entered: 01/25/2021) |
| 01/25/2021 | 12 | DECLARATION of Ashley M. Ratycz re 9 MOTION to Transfer Case to the Northern District of Illinois, by Wright Medical Technology, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Gaza, Anne) Modified on 1/26/2021 (nms). (Entered: 01/25/2021) |
| 01/25/2021 | 13 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Stryker Corporation for Wright Medical Technology, Inc. filed by Wright Medical Technology, Inc.. (Gaza, Anne) (Entered: 01/25/2021) |
| 01/26/2021 | Ï | Pro Hac Vice Attorneys Robert A. Surrette, Sharon A. Hwang, Scott P. McBride, Ashley M. Ratycz for Wright Medical Technology, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (kmd) (Entered: 01/26/2021) |
| 01/29/2021 | 14 | MOTION for Pro Hac Vice Appearance of Attorney Amanda C. Maxfield and Jacob C. Vannette – filed by OsteoMed LLC. (Caponi, Steven) (Entered: 01/29/2021) |
| 01/29/2021 | Ï | SO ORDERED, re 14 MOTION for Pro Hac Vice Appearance of Attorney Amanda C. Maxfield and Jacob C. Vannette, filed by OsteoMed LLC. Signed by Judge Richard G. Andrews on 1/29/2021. (nms) (Entered: 01/29/2021) |
| 01/29/2021 | 15 | ANSWER to 1 Complaint and COUNTERCLAIMS against OsteoMed LLC, by Wright Medical Technology, Inc.. (Attachments: # 1 Exhibit 1)(Gaza, Anne) Modified on 2/2/2021 (nms). (Entered: 01/29/2021) |
| 02/03/2021 | Ï | Pro Hac Vice Attorneys Amanda C. Maxfield and Jacob C. Vannette for OsteoMed LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (kmd) (Entered: 02/03/2021) |
| 02/08/2021 | 16 | ANSWERING BRIEF in Opposition re 9 MOTION to Transfer Case to the Northern District of Illinois, filed by OsteoMed LLC.Reply Brief due date per Local Rules is 2/16/2021. (Caponi, Steven) Modified on 2/8/2021 (nms). (Entered: 02/08/2021) |
| 02/08/2021 | 17 | DECLARATION of Steven L. Caponi re 16 Answering Brief in Opposition, by OsteoMed LLC. (Attachments: # 1 Exhibits A–C)(Caponi, Steven) Modified on 2/8/2021 (nms). (Entered: 02/08/2021) |
| 02/16/2021 | 18 | REPLY BRIEF re 9 MOTION to Transfer Case to the Northern District of Illinois, filed by Wright Medical Technology, Inc.. (Gaza, Anne) Modified on 2/17/2021 (nms). (Entered: 02/16/2021) |
| 02/16/2021 | 19 | DECLARATION of Rachel Malina re 18 Reply Brief, by Wright Medical Technology, Inc.. (Gaza, Anne) Modified on 2/17/2021 (nms). (Entered: 02/16/2021) |
| 02/16/2021 | 20 | DECLARATION of Ashley M. Ratycz re 18 Reply Brief, by Wright Medical Technology, Inc.. (Attachments: # 1 Exhibit G, # 2 Exhibit H, # 3 Exhibit I, # 4 Exhibit J, # 5 Exhibit K, # 6 Exhibit L)(Gaza, Anne) Modified on 2/17/2021 (nms). (Entered: 02/16/2021) |
| 02/19/2021 | 21 | ANSWER to 15 Answer to Complaint and Counterclaim, by OsteoMed LLC.(Caponi, Steven) Modified on 2/19/2021 (nms). (Entered: 02/19/2021) |
| 04/05/2021 | 22 | ORAL ORDER: A hearing on the motion to transfer (D.I. 9 ) is now set for 4/14/2021, at 2:00 pm. Each side will be limited to 15 minutes for their arguments. The hearing will be held using Teams. A joint email with the email addresses for all those participating in the hearing shall be due to the Court's Case Manager by 4:00 PM on 4/7/2021. Ordered by Judge Richard G. Andrews on 4/5/2021. (nms) (Entered: 04/05/2021) |

| 04/07/2021 | 23 | Letter to the Honorable Richard G. Andrews from Steven L. Caponi regarding Rule 26(f) Conference. (Caponi, Steven) (Entered: 04/07/2021) |
|---|---|---|
| 04/07/2021 | 24 | Letter to The Honorable Richard G. Andrews, from Anne Shea Gaza, regarding response to Plaintiff's April 7, 2021 Letter (D.I. 23 ). (Gaza, Anne) Modified on 4/8/2021 (nms). (Entered: 04/07/2021) |
| 04/08/2021 | 25 | ORAL ORDER: If the Court does not rule on the transfer motion on 4/14/2021, the parties can bring up their discovery issue (see D.I. 23 ; D.I. 24 ). Ordered by Judge Richard G. Andrews on 4/8/2021. (nms) (Entered: 04/08/2021) |
| 04/13/2021 | Ï | Remark: The public may access the hearing scheduled for 4/14/2021, at 2:00 p.m. by dialing the following phone number: +1 202–503–1666, then enter Conference ID: 899944766#. The dial–in information provides listening capabilities only. (lak) (Entered: 04/13/2021) |
| 04/14/2021 | Ï | Minute Entry for proceedings held before Judge Richard G. Andrews – Hearing on the motion to transfer held on 4/14/2021. Counsel for Plaintiff: S. Caponi. Counsel for Defendant: A. Gaza. The motion to transfer (D.I. 9 ) is denied. (Court Reporter Heather Triozzi.) (lak) (Entered: 04/15/2021) |
| 04/15/2021 | 26 | ORDER DENYING MOTION TO TRANSFER: Defendant's Motion to Transfer Venue to the Northern District of Illinois (D.I. 9 ) is DENIED. Signed by Judge Richard G. Andrews on 4/15/2021. (nms) (Entered: 04/15/2021) |
| 04/16/2021 | 27 | Official Transcript of Motion Hearing held on 4/14/21 before Judge Richard G. Andrews. Court Reporter Heather M. Triozzi,Email: Heather_Triozzi@ded.uscourts.gov. Transcript may be viewed at the court public terminal or order/purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, it may be obtained through PACER. Redaction Request due 5/7/2021. Redacted Transcript Deadline set for 5/17/2021. Release of Transcript Restriction set for 7/15/2021. (Triozzi, Heather) (Entered: 04/16/2021) |
| 04/21/2021 | 28 | Disclosure Statement pursuant to Rule 7.1: identifying Corporate Parent Acumed, LLC, Other Affiliate Berkshire Hathaway Inc., Other Affiliate Colson Medical, LLC for OsteoMed LLC filed by OsteoMed LLC. (Caponi, Steven) (Entered: 04/21/2021) |
| 05/04/2021 | 29 | Letter to the Honorable Richard G. Andrews from Steven L. Caponi regarding Rule 26(f) Conference. (Caponi, Steven) (Entered: 05/04/2021) |
| 05/04/2021 | 30 | Letter to The Honorable Richard G. Andrews, from Anne Shea Gaza, regarding response to Plaintiff OsteoMed's letter (D.I. 29 ). (Gaza, Anne) Modified on 5/5/2021 (nms). (Entered: 05/04/2021) |
| 05/05/2021 | 31 | ORAL ORDER: The parties are directed to hold a Rule 26(f) conference within a week of the Illinois Courts ruling on the motion to intervene. Ordered by Judge Richard G. Andrews on 5/5/2021. (nms) (Entered: 05/05/2021) |
| 07/06/2021 | 32 | NOTICE OF SERVICE of Wright Medical's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) filed by Wright Medical Technology, Inc..(Wilson, Samantha) (Entered: 07/06/2021) |
| 07/06/2021 | 33 | NOTICE OF SERVICE of Wright Medical's First Set of Requests to OsteoMed for Production of Documents and Things filed by Wright Medical Technology, Inc..(Wilson, Samantha) (Entered: 07/06/2021) |
| 07/06/2021 | 34 | NOTICE OF SERVICE of Wright Medical's First Set of Interrogatories to OsteoMed filed by Wright Medical Technology, Inc..(Wilson, Samantha) (Entered: 07/06/2021) |
| 07/07/2021 | 35 | NOTICE OF SERVICE of 1) OsteoMed LLC's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a); 2) OsteoMed LLC's First Set of Interrogatories to Defendant Wright Medical Technology, Inc. (Nos. 1–9); and 3) OsteoMed LLC's First Set of Requests for Production to Defendant Wright |

| | | |
|---|---|---|
| | | Medical Technology, Inc. (Nos. 1–52) filed by OsteoMed LLC.(Caponi, Steven) (Entered: 07/07/2021) |
| 07/19/2021 | 36 | NOTICE OF SERVICE of Plaintiff OsteoMed LLC's First Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) filed by OsteoMed LLC.(Caponi, Steven) (Entered: 07/19/2021) |
| 07/28/2021 | 37 | MOTION for Pro Hac Vice Appearance of Attorney Jason A. Engel – filed by OsteoMed LLC. (Caponi, Steven) (Entered: 07/28/2021) |
| 07/28/2021 | | SO ORDERED, re 37 MOTION for Pro Hac Vice Appearance of Attorney Jason A. Engel, filed by OsteoMed LLC. Signed by Judge Richard G. Andrews on 7/28/2021. (nms) (Entered: 07/28/2021) |
| 08/02/2021 | 38 | Joint Letter to the Honorable Richard G. Andrews from Steven L. Caponi and Anne Shea Gaza regarding Proposed Scheduling Order. (Attachments: # 1 Proposed Scheduling Order)(Caponi, Steven) (Entered: 08/02/2021) |
| 08/04/2021 | 39 | ORAL ORDER: I do not think it makes sense under the relatively rare posture of this case to put a lot of dates on the calendar that are subject to change based on the yet–unknown schedule of another court that is going to be dealing with a lot of the same issues, and to which I expect to defer. Thus, I will enter the proposed order only through paragraph 7 (with Osteomeds dates for paragraph 7, since the terms proposed for claim construction depend to some extent on the products, which are different here than in the Illinois case, and it does not matter in which order the disputes are identified). But there is no reason to start claim construction briefing because I do not expect to redo whatever the court in Illinois does on Markman. I told Plaintiff there might be some pauses. (D.I. 27 at 17). And I expect there will be some claim construction disputes unique to this case, and, to the extent there are, we can brief and resolve them once the Illinois court rules on the common disputes. There may be some inefficiencies, but that is a by–product of litigating the same four patents simultaneously in different courts. Ordered by Judge Richard G. Andrews on 8/4/2021. (nms) (Entered: 08/04/2021) |
| 08/04/2021 | 40 | SCHEDULING ORDER: Joinder of Parties due by 9/28/2021. Amended Pleadings due by 9/28/2021. Fact Discovery completed by 3/18/2022 (see Order for further details). Signed by Judge Richard G. Andrews on 8/4/2021. (nms) (Entered: 08/04/2021) |
| 08/05/2021 | 41 | NOTICE OF SERVICE of 1) Wright Medical Technology, Inc.'s Responses to OsteoMed LLC's First Set of Requests for Production to Defendant (Nos. 1–52) and 2) Answers to Plaintiff OsteoMed LLC's First Set of Interrogatories to Defendant Wright Medical Technology, Inc. (Nos. 1–9) filed by Wright Medical Technology, Inc..(Wilson, Samantha) (Entered: 08/05/2021) |
| 08/06/2021 | 42 | NOTICE OF SERVICE of OsteoMed's Responses and Objections to Wright Medical Technology, Inc.'s First Set of Interrogatories (Nos. 1–9) and First Set of Requests for Production (Nos. 1–122) filed by OsteoMed LLC.(Caponi, Steven) (Entered: 08/06/2021) |
| 08/10/2021 | 43 | NOTICE OF SERVICE of Plaintiff OsteoMed LLC's Initial Identification of Accused Products, Asserted Patents, and Damages Model filed by OsteoMed LLC.(Caponi, Steven) (Entered: 08/10/2021) |
| 08/16/2021 | 44 | STIPULATION TO EXTEND TIME to File a Proposed Protective Order to August 23, 2021 – filed by Wright Medical Technology, Inc.. (Wilson, Samantha) (Entered: 08/16/2021) |
| 08/17/2021 | | SO ORDERED, re 44 STIPULATION TO EXTEND TIME to File a Proposed Protective Order to August 23, 2021. Signed by Judge Richard G. Andrews on 8/17/2021. (nms) (Entered: 08/17/2021) |
| 08/23/2021 | 45 | PROPOSED Stipulated Protective Order, by OsteoMed LLC. (Caponi, Steven) Modified on 8/24/2021 (nms). (Entered: 08/23/2021) |
| 08/24/2021 | 46 | SO ORDERED Granting 45 Proposed Stipulated Protective Order. Signed by Judge Richard G. Andrews on 8/24/2021. (nms) (Entered: 08/24/2021) |

| 09/09/2021 | 47 | NOTICE OF SERVICE of Wright Medical Technology, Inc.'s Core Technical Documents filed by Wright Medical Technology, Inc..(Wilson, Samantha) (Entered: 09/09/2021) |
|---|---|---|
| 10/05/2021 | 48 | NOTICE OF SERVICE of Plaintiff OsteoMed LLC's Second Set of Interrogatories to Defendant Wright Medical Technology, Inc. (No. 10) filed by OsteoMed LLC.(Caponi, Steven) (Entered: 10/05/2021) |
| 10/12/2021 | 49 | NOTICE OF SERVICE of Plaintiff's Initial Infringement Contentions filed by OsteoMed LLC.(Caponi, Steven) (Entered: 10/12/2021) |
| 11/11/2021 | 50 | NOTICE OF SERVICE of Defendant Wright Medical's Initial Invalidity Contentions filed by Wright Medical Technology, Inc..(Wilson, Samantha) (Entered: 11/11/2021) |
| 11/18/2021 | 51 | NOTICE OF SERVICE of Answers to Plaintiff OsteoMed LLC's Second Set of Interrogatories to Defendant Wright Medical Technology, Inc. (No. 10) filed by Wright Medical Technology, Inc..(Wilson, Samantha) (Entered: 11/18/2021) |
| 11/19/2021 | 52 | NOTICE OF SERVICE of First Supplemental Answers to Plaintiff OsteoMed LLC's First Set of Interrogatories to Defendant Wright Medical Technology, Inc. (Nos. 4, 6) filed by Wright Medical Technology, Inc..(Wilson, Samantha) (Entered: 11/19/2021) |
| 11/24/2021 | 53 | NOTICE OF SERVICE of OsteoMed LLC's First Supplemental Responses and Objections to Wright Medical Technology, Inc.'s First Set of Interrogatories to OsteoMed LLC filed by OsteoMed LLC.(Caponi, Steven) (Entered: 11/24/2021) |
| 12/14/2021 | 54 | STIPULATION and [Proposed] Order Regarding Cross–Use Agreement by OsteoMed LLC. (Goeller, Matthew) (Entered: 12/14/2021) |
| 12/14/2021 | 55 | SO ORDERED Granting 54 Stipulation and Proposed Order Regarding Cross–Use Agreement. Signed by Judge Richard G. Andrews on 12/14/2021. (nms) (Entered: 12/14/2021) |
| 01/06/2022 | 56 | Joint Stipulation and Proposed Order to Amend Scheduling Order, by OsteoMed LLC. (Attachments: # 1 Exhibit A)(Caponi, Steven) Modified on 1/6/2022 (nms). (Entered: 01/06/2022) |
| 01/07/2022 | 57 | SO ORDERED Granting 56 Joint Stipulation and Proposed Order to Amend Scheduling Order. Signed by Judge Richard G. Andrews on 1/7/2022. (nms) (Entered: 01/07/2022) |
| 01/14/2022 | 58 | NOTICE requesting Clerk to remove Alan L. Barry as co–counsel.. (Caponi, Steven) (Entered: 01/14/2022) |
| 02/03/2022 | 59 | NOTICE requesting Clerk to remove Jacob C. Vannette as co–counsel.. (Caponi, Steven) (Entered: 02/03/2022) |
| 02/14/2022 | 60 | NOTICE to Take Deposition of 30(b)(6) designee of Defendant on March 8, 2022 filed by OsteoMed LLC.(Caponi, Steven) (Entered: 02/14/2022) |
| 03/16/2022 | 61 | NOTICE to Take Deposition of OsteoMed LLC on May 3, 2022 (Notice No. 1) filed by Wright Medical Technology, Inc..(Gaza, Anne) (Entered: 03/16/2022) |
| 03/17/2022 | 62 | NOTICE OF SERVICE of Defendant Wright Medical's Response to Plaintiff OsteoMed LLC's Notice of 30(b)(6) Deposition filed by Wright Medical Technology, Inc..(Wilson, Samantha) (Entered: 03/17/2022) |
| 03/29/2022 | 63 | STIPULATION and [Proposed] Order to Stay Case Pending Inter Partes Review by Wright Medical Technology, Inc.. (Wilson, Samantha) (Entered: 03/29/2022) |
| 03/29/2022 | 64 | SO ORDERED Granting 63 Stipulation and Proposed Order to Stay Case Pending Inter Partes Reviews. Signed by Judge Richard G. Andrews on 3/29/2022. (nms) (Entered: 03/29/2022) |

| 03/29/2022 | 65 | ORDER: The case is ADMINSTRATIVELY CLOSED. The parties shall promptly notify the Court when the "IPR" action has been resolved so that this case may be reopened and other appropriate action may be taken. Signed by Judge Richard G. Andrews on 3/29/2022. (nms) (Entered: 03/29/2022) |
|---|---|---|
| 03/09/2023 | 66 | ORAL ORDER: A joint status letter is due no later than five (5) days from the date of this Order. Ordered by Judge Richard G. Andrews on 3/9/2023. (nms) (Entered: 03/09/2023) |
| 03/14/2023 | 67 | Joint Status Report, by OsteoMed LLC. (Attachments: # 1 Exhibits A–C)(Caponi, Steven) Modified on 3/15/2023 (nms). (Entered: 03/14/2023) |
| 03/15/2023 | 68 | ORAL ORDER: The Stay is extended until 8/31/2023. If the Illinois Court lifts its stay, the parties should so advise. Ordered by Judge Richard G. Andrews on 3/15/2023. (nms) (Entered: 03/15/2023) |
| 08/31/2023 | 69 | STIPULATION and [Proposed] Order to Extend Stay by Wright Medical Technology, Inc.. (Wilson, Samantha) (Entered: 08/31/2023) |
| 09/01/2023 | 70 | SO ORDERED Granting 69 Stipulation and Proposed Order to Extend Stay. Signed by Judge Richard G. Andrews on 9/1/2023. (nms) (Entered: 09/01/2023) |
| 01/08/2024 | 71 | NOTICE requesting Clerk to remove Ashley M. Ratycz as co–counsel.. (Wilson, Samantha) (Entered: 01/08/2024) |
| 01/09/2024 | Ï | Case Reassigned to Judge Jennifer L. Hall. Please include the initials of the Judge (JLH) after the case number on all documents filed. (nms) (Entered: 01/09/2024) |
| 02/15/2024 | 72 | NOTICE requesting Clerk to remove Katherine L. Allor and Amanda C. Maxfield, as co–counsel.. (Caponi, Steven) (Entered: 02/15/2024) |
| 10/01/2025 | 73 | NOTICE of Withdrawal of Counsel Devon C. Beane by OsteoMed LLC (Goeller, Matthew) (Entered: 10/01/2025) |
| 05/14/2026 | 74 | Joint STATUS REPORT by OsteoMed LLC. (Caponi, Steven) (Entered: 05/14/2026) |
| 05/19/2026 | 75 | ORAL ORDER re 74 Status Report: IT IS HEREBY ORDERED that the parties shall file a joint status report on or before May 26, 2026. Ordered by Judge Jennifer L. Hall on 5/19/2026. (ceg) (Entered: 05/19/2026) |
| 05/26/2026 | 76 | Joint STATUS REPORT by OsteoMed LLC. (Caponi, Steven) (Entered: 05/26/2026) |
| 05/27/2026 | 77 | ORAL ORDER re 76 Status Report: IT IS HEREBY ORDERED that the parties shall file a joint status report or a stipulation with this Court on or before June 23, 2026. Ordered by Judge Jennifer L. Hall on 5/27/2026. (ceg) (Entered: 05/27/2026) |
| 06/05/2026 | Ï | Pro Hac Vice Attorney Jason A. Engel for OsteoMed LLC added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (slk) (Entered: 06/05/2026) |
| 06/22/2026 | 78 | Joint STATUS REPORT//Stipulation, and [Proposed] Order to Transfer the Present Action, by OsteoMed LLC. (Goeller, Matthew) Modified on 7/6/2026 (ceg). (Entered: 06/22/2026) |
| 07/06/2026 | 79 | SO ORDERED re 78 Stipulation and Order to Transfer the Present Action to the United States District Court for the Northern District of Illinois. Signed by Judge Jennifer L. Hall on 7/6/2026. (ceg) (Entered: 07/06/2026) |
| 07/06/2026 | Ï | Case transferred to the United States District Court for the Northern District of Illinois. (ceg) (Entered: 07/06/2026) |