**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OSTEOMED LLC,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 26-cv-07857<br><br>Hon. Steven C. Seeger |
| WRIGHT MEDICAL TECHNOLOGY INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>OSTEOMED LLC,<br><br>Counterclaim Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR DATES IN THE CASE SCHEDULE**

This stipulation is made by and between Plaintiff and Counterclaim Defendant OsteoMed LLC ("OsteoMed") and Defendant Wright Medical Technology Inc. ("Wright Medical"), through their respective undersigned counsel.

On May 22, 2026, in related Civil Action No. 1:20-cv-6821, the parties jointly submitted to this Court a Joint Status Report that included a Proposed Schedule. (*See* 1:20-cv-6821 Doc. 115.) The Joint Status Report proposed that fact discovery would reopen on May 26, 2026. (*See* 1:20-cv-6821 Doc. 115 at 2.)

The stay was lifted on August 28, 2026, and this case was reassigned to this Court. (*See* Docs. 83 & 84; *see also* 1:20-cv-6821 Doc 119.) Upon lifting the stay and entering the Scheduling

Order in the related Civil Action No. 1:20-cv-6821, the Court instructed the parties that, "if the schedule needs to be adjusted given the passage of time, the parties can file a motion." (*See* 1:20-cv-6821 Doc. 118.)

Under the current case schedule, the parties are to simultaneously exchange Amended Final Infringement Contentions and Amended Final Unenforceability and Invalidity Contentions on October 6, 2026. (*See* Doc. 84.) However, as of the present date and given the status of the present case, a short extension of time is needed to allow the parties to exchange updated identifications of the asserted patents, the asserted claims, and the accused products, which they have agreed to do by October 6, 2026.

In order to allow the parties to evaluate and update disclosures in the case, to address matters that changed or were not addressed during the stay, and to potentially explore resolution of this matter, the parties hereby JOINTLY MOVE to extend the deadlines in the current case schedule by approximately thirty-five (35) days, as reflected in the Proposed Order submitted herewith.

**JOINT MOTION AGREED TO BY:**

Dated: September 30, 2026

By: <u>/s/ *Jason A. Engel*</u>
Jason A. Engel (IL6274878)
A. Rebekah Hill (IL6345666)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
jason.engel@klgates.com
rebekah.hill@klgates.com

Erik J. Halverson (IL6320739)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111

By: <u>/s/ *Scott P. McBride*</u>
Robert A. Surrette (IL Bar No. 6243979)
Scott P. McBride (IL Bar No. 6256356)
Alexander M. Vogler (IL Bar No. 6330593)
**McANDREWS, HELD & MALLOY, LTD.**
500 W. Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
smcbride@mcandrews-ip.com
avogler@mcandrews-ip.com

Sharon A. Hwang (IL Bar No. 6217211)
**BUCHANAN INGERSOLL & ROONEY**

Telephone: (415) 882-8238
erik.halverson@klgates.com

*Attorneys for Plaintiff and Counterclaim Defendant OsteoMed LLC*

**P.C.**
150 N. Riverside Plaza, Suite 2800
Chicago, IL 60606
(312) 261-8765
Sharon.Hwang@bipc.com

*Attorneys for Defendant and Counterclaim Plaintiff Wright Medical Technology Inc.*