**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| OSTEOMED LLC,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT MEDICAL TECHNOLOGY INC.,<br><br>Defendants. | Case No. 26-cv-07857<br><br>Hon. Steven C. Seeger |
| WRIGHT MEDICAL TECHNOLOGY INC.,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>OSTEOMED LLC,<br><br>Counterclaim Defendant. | |

**ORDER**

Upon consideration of the Joint Motion for Extension of Time for Dates in the Case Schedule, **IT IS HEREBY ORDERED** that the new deadlines in the table below are adopted for this action and replace the previous deadlines as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Final Infringement Contentions, Stage 1 (LPR 3.1(a)(1)) | N/A | October 27, 2026 |
| Amended Final Infringement (Stage 2), Unenforceability, and Invalidity Contentions (LPR 3.1) | October 6, 2026 | November 10, 2026 |

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Amended Final Non-Infringement, Enforceability, and Validity Contentions (LPR 3.2) | November 3, 2026 | December 8, 2026 |
| Exchange of Claim Terms Needing Construction and Proposed Construction (LPR 4.1) | November 17, 2026 | January 5, 2027 |
| Meet and Confer Regarding Claim Construction (LPR 4.1) | November 24, 2026 | January 12, 2027 |
| Opening Claim Construction Brief (LPR 4.2(a)) | December 22, 2026 | February 9, 2027 |
| Responsive Claim Construction Brief (LPR 4.2(c)) | January 26, 2027 | March 16, 2027 |
| Close of Fact Discovery (LPR 1.3) | February 12, 2027 | March 31, 2027 |
| Reply Claim Construction Brief (LPR 4.2(d)) | February 12, 2027 | March 31, 2027 |
| Joint Claim Construction Chart (LPR 4.2(f)) | February 19, 2027 | April 7, 2027 |
| Claim Construction Hearing (LPR 4.3) | TBD (may be within 28 days after filing of Reply Claim Construction Brief) | TBD (may be within 28 days after filing of Reply Claim Construction Brief) |
| Disclosure of Opening Expert Report(s) (LPR 5.1) | June 25, 2027, or 28 days after the claim construction ruling or the close of discovery after the claim construction ruling, whichever is later | August 16, 2027, or 28 days after the claim construction ruling or the close of discovery after the claim construction ruling, whichever is later |
| Disclosure of Rebuttal Expert Report(s) (LPR 5.1) | July 23, 2027, or 28 days after disclosure of Opening Expert Report(s), pursuant to Local Patent Rule 5.1, whichever is later | September 13, 2027, or 28 days after disclosure of Opening Expert Report(s), pursuant to Local Patent Rule 5.1, whichever is later |

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Deposition of Experts (LPR 5.2) | August 27, 2027, or 28 days after exchange of Expert Rebuttal Report(s), pursuant to Local Patent Rule 5.2, whichever is later | October 11, 2027, or 28 days after exchange of Expert Rebuttal Report(s), pursuant to Local Patent Rule 5.2, whichever is later |
| Close of Expert Discovery | August 27, 2027 | November 8, 2027, or 28 days after exchange of Expert Rebuttal Report(s), pursuant to Local Patent Rule 5.2, whichever is later |
| Dispositive Motions (LPR 6.1) | September 24, 2027, or 28 days after the completion of expert discovery, pursuant to Local Patent Rule 6.1, whichever is later | December 6, 2027, or 28 days after the completion of expert discovery, pursuant to Local Patent Rule 6.1, whichever is later |

Dated: October 27, 2026

Steven C. Seeger
U.S. District Judge